| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) P-10-CR-297 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) FILED MAY 23 2012 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **ZULEMA SOLIS DE ROMERO** **LAREDO, TEXAS** | DISTRICT Western District of Texas | DIVISION Pecos Division |
| | NAME OF SENTENCING JUDGE Honorable Robert Junell | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Supervised Release | FROM 12/27/2011 — TO 12/26/2014 |

OFFENSE
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 : Aiding and Abetting Possession with Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____TEXAS_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of Texas_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-18-12
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 18, 2012
_____
Effective Date

George P. Kazen
_____
United States District Judge